*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*Constantine Lizas*<br>*Special Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4989*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-5130*<br>*TTY/TDD: 410-962-4462* |

June 12, 2012

Honorable Benson E. Legg
United States District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

  Re: United States v. $40,222.25
     Civil No. 11-3132-BEL

Dear Judge Legg,

  This is a forfeiture action concerning $40,222.25 in U.S. currency. For several weeks, the parties have been resolving an issue with respect to special interrogatories. At this time, the parties expect that the case will be settled and that the appropriate paperwork will be filed with the Court within the next 30 days.

          Very truly yours,

          Rod J. Rosenstein
          United States Attorney


        By:  /s/
          Constantine Lizas
          Special Assistant United States Attorney

cc: Robert W. Biddle