U.S. DISTRICT COURT
DISTRICT OF MARYLAND NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES** | * |
| v. | * Case # L-11-3132 |
| $40,222.25 in U.S. Currency | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \*

# MOTION TO WITHDRAW CLAIM AND PENDING MOTION TO DISMISS GOVERNMENT'S CIVIL FORFEITURE COMPLAINT PURSUANT TO SUPPLEMENTAL RULE G (8)(b) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Claimant Andrea King-Chang by undersigned counsel hereby moves this Court to deem withdrawn the pending judicial claim ECF#6 and the pending motion to dismiss complaint for failure to state a claim upon which relief can be granted ECF#7. A draft order is attached.

Respectfully submitted,

/s/

Robert W. Biddle
NATHANS & BIDDLE, LLP
120 E. Baltimore Street, Suite 1800
Baltimore, Maryland 21202
(410) 783-0272
Maryland Federal Bar Number 10761
Counsel for Claimant Andrea Shelly Ann King Chang

Dated: June 19, 2012

## CERTIFICATE OF SERVICE

It is on this 19th day of June, 2012, I hereby certify that a copy of the motion was served by efiling upon counsel for the Government.

/s/

_____

Robert W. Biddle